UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DUFF #870201,

     Plaintiff,

                                  Case No. 1:24-cv-1149

v.

                                  HONORABLE PAUL L. MALONEY

EARNEST C. BROOKS CORRECTIONAL
FACILITY, et al.,

     Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Moore filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 21, 2026, recommending that this Court grant the motion and dismiss the complaint.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  February 20, 2026                     /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge