UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DUFF #870201,

     Plaintiff,

                                        Case No. 1:24-cv-1149

v.

                                        HONORABLE PAUL L. MALONEY

EARNEST C. BROOKS CORRECTIONAL
FACILITY, et al.,

     Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  February 20, 2026                  /s/  Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge